AO 91 (Rev. 11/11)  Criminal Complaint

**AUSA Litton**

# UNITED STATES DISTRICT COURT
### for the

### Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. ꓛ: 26 mj. 411 |
| | ) | |
| Zuriel PABLO-Cruz | ) | |
| AKA: Zuriel PABLO | ) | |
| AKA: Zuriel CRUZ | ) | |
| AKA:  Sixto RIVERA RIVERA | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____06/21/2026_____ in the county of _____Franklin_____ in the
_____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(1) | Unlawful reentry of a removed alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

CHANDLER W JENT    Digitally signed by CHANDLER W JENT
Date: 2026.06.23 15:52:30 -04'00'

_____
*Complainant's signature*

Chandler W. Jent, Deportation Officer (ICE)
*Printed name and title*

Sworn to before me and ~~signed~~ attested in my presence. *R. 4.1*

Date: _____June 24, 2026_____

_____
*Judge's signature*

City and state: _____Columbus, Ohio_____

Norah McCann King, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

IN THE MATTER OF THE CRIMINAL )
COMPLAINT OF: )
                      ) Case No. 2:26-mj-411
Zuriel PABLO-Cruz )
AKA: Zuriel PABLO )
AKA: Zuriel CRUZ )
AKA: Sixto RIVERA RIVERA )

**AFFIDAVIT OF CHANDLER JENT IN**
**SUPPORT OF CRIMINAL COMPLAINT**

I, United States Immigration and Customs Enforcement Deportation Officer, Chandler Jent, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE). I have been a Deportation Officer since December 1, 2025. I am assigned to the Columbus, Ohio Office of Enforcement and Removal Operations. I have investigated both criminal and administrative matters involving aliens in the United States.

While investigating Zuriel PABLO-Cruz (PABLO-Cruz), I have learned the following facts:

2. PABLO-Cruz is a citizen of Mexico and not a citizen of the United States.

3. On or about October 5, 2007, PABLO-Cruz was arrested by Immigration & Customs Enforcement Officers (ICE) in Frankfort, Indiana. On or about November 26, 2007, PABLO-Cruz was served Immigration Form I-862 (Notice to Appear) charging removability pursuant Section 212(a)(6)(A)(i) of the Immigration and Nationality Act, and he signed a Stipulated Removal Order. On or about December 4, 2007, PABLO-Cruz was ordered removed by an immigration judge in Chicago, Illinois, pursuant to Section 212(a)(6) of the Immigration and Nationality Act. PABLO-Cruz was physically removed on this order on or about December 18, 2007, via El Paso, Texas. On that day, PABLO-Cruz surrendered his fingerprint and photo for Immigration form I-294 (Warning to Alien Ordered Removed or Deported) and signed the same form. PABLO-Cruz's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-294.

4. On or about March 21, 2023, PABLO-Cruz pled guilty to one count of Endangering Children, a Third-Degree Felony, in violation of Ohio Revised Code 2919.22, Franklin County (Ohio) Common Pleas Case No. 22-CR-5124. For this offense, a judge ordered PABLO-Cruz to serve one hundred-forty-nine days in jail and a term of hundred-forty-nine days of probation.

5. On or about March 22, 2023, PABLO-Cruz was arrested by ICE in Columbus, OH. On or about that same date, PABLO-Cruz was served Immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about April 11, 2023, PABLO-Cruz was physically removed on this order via Brownsville, Texas. On or about that same date, PABLO-Cruz surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. PABLO-Cruz 's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-205.

6. On or about June 21, 2026, the Westerville Police Department arrested PABLO-Cruz in Westerville, Ohio, in the Southern District of Ohio, and charged him with Abduction (F3) and Flee/Elude Officer in a Vehicle (F4) in Franklin County (Ohio) Municipal Court Case No. 2026CRA010351. On or about June 21, 2026, the Westerville Police Department submitted PABLO-Cruz's fingerprints to the Law Enforcement Support Center (LESC) in Williston, Vermont. The LESC queried PABLO-Cruz's fingerprints in immigration databases and confirmed PABLO-Cruz's identity as well as his inadmissibility to the United States. The LESC then returned an electronic notification to ICE Columbus notifying ICE Columbus that PABLO-Cruz is residing in the U.S. without lawful status and PABLO-Cruz has not been granted permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reenter the United States.

Your Affiant submits that the foregoing facts establish probable cause that Zuriel PABLO-Cruz has committed a violation of 8 U.S.C. § 1326(a) & (b)(1), in that he is an alien who has been deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding; thereafter, entered, attempted to enter, or was at any time found in the United States without permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reenter; and whose removal was subsequent to a conviction for a felony (other than an aggravated felony).

**CHANDLER W JENT**
Digitally signed by
CHANDLER W JENT
Date: 2026.06.23 16:41:51
-04'00'

Chandler W. Jent
Deportation Officer
Immigration and Customs Enforcement

Sworn before me and ~~subscribed~~ *attested* in my presence on this _24th_ day of June, 2026. *R. 4. 1*

Norah McCann King
United States Magistrate Judge